UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANDRE X. FAISON,

                Defendant.

**ORDER**

15 Cr. 186 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing concerning Defendant's alleged violations of supervised release will continue on **February 6, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties and the U.S. Probation Office are directed to submit status letters by **January 29, 2020**.

Dated: New York, New York
       January 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge