UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANDRE X. FAISON,

          Defendant.

**ORDER**

15 Cr. 186 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    On January 8, 2020, the Court conducted a hearing concerning Defendant Faison's alleged violations of the conditions of his supervised release. The Defendant's supervised release conditions provide for confinement in a Residential Reentry Center for the first six months of his supervised release term. Defendant was recently discharged from a halfway house in Connecticut. The Court has asked the U.S. Probation Office to locate another Residential Reentry Center for Defendant. Until Defendant is placed in a Residential Reentry Center, he will reside at 690 Fulton Street in Brooklyn, New York with Nemo Librizzi, or at any other verifiable residence approved by the U.S. Probation Office. Until placed in a Residential Reentry Center, the Defendant will be subject to home confinement enforced by electronic and GPS monitoring. All previously imposed conditions of supervised release otherwise remain in effect.

Dated: New York, New York
       January 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge