UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANDRE X. FAISON,

                Defendant.

**ORDER**

15 Cr. 186 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

By letter dated January 28, 2020 (Dkt. No. 113), defense counsel informs the Court that the parties are discussing a resolution of the pending violations of supervised release and that the parties join the U.S. Probation Office in seeking a 30-day adjournment of the hearing scheduled for February 6, 2020. Accordingly, the hearing is adjourned from February 6, 2020 to **March 3, 2020 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties and the Probation Office are directed to submit status letters by **February 27, 2020**.

Dated: New York, New York
       January 31, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge