UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ANDRE X. FAISON,

                Defendant.

**ORDER**

15 Cr. 186 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated on the record at today's hearing, Defendant Andre X. Faison's term of supervised release is hereby terminated pursuant to 18 U.S.C. § 3583(e)(1).

Dated: New York, New York
       November 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge